# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Roy and Josie Fisher, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>United States of America,<br><br>   Plaintiff-Intervenor,<br><br> v.<br><br>Anita Lohr, et al.,<br><br>   Defendants,<br><br> and<br><br>Sidney L. Sutton, et al.,<br><br>   Defendants-Intervenors, | CV 74-90 TUC DCB<br>(Lead Case) |
| Maria Mendoza, et al.,<br><br>   Plaintiffs,<br><br>United States of America,<br><br>   Plaintiff-Intervenor,<br><br> v.<br><br>Tucson Unified School District No. One, et al.,<br><br>   Defendants. | CV 74-204 TUC DCB<br>(Consolidated Case) |

**NOTICE OF FILING BY SPECIAL MASTER OF REPORT AND RECOMMENDATION REGARDING TUSD'S ADVANCED LEARNING EXPERIENCES PLAN**

Special Master hereby respectfully submits the attached Report and Recommendation Regarding TUSD's Advanced Learning Experiences Plan.

Respectfully submitted,

_____/s/_____
Willis D. Hawley
Special Master

Dated: August 13, 2014