**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Roy and Josie Fisher, et al.,<br>Plaintiffs,<br>v.<br>United States of America,<br>Plaintiff-Intervenor,<br>v.<br>Anita Lohr, et al.,<br>Defendants,<br>and<br>Sidney L. Sutton, et al.,<br>Defendants-Intervenors, | CV 74-90 TUC DCB<br>(Lead Case) |
| Maria Mendoza, et al.,<br>Plaintiffs,<br>United States of America,<br>Plaintiff-Intervenor,<br>v.<br>Tucson Unified School District No. One, et al.,<br>Defendants. | CV 74-204 TUC DCB<br>(Consolidated Case) |

**NOTICE OF FILING BY THE SPECIAL MASTER OF REVISED REPORT AND RECOMMENDATION RELATING TO TEACHER AND PRINCIPAL ACTION PLANS REQUIRED BY SECTION I.D.1 OF THE USP**

Special Master hereby respectfully submits the attached Revised Report and Recommendation Regarding TUSD's Teacher and Principal Action Plans Required by Section I.D.1 of the USP. This replaces the Report and Recommendation filed on 8/27/14 and the earlier Report and Recommendation filed on this date.

Respectfully submitted,

/s/
Willis D. Hawley
Special Master

Dated: August 28, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that on, August 28, 2014, I electronically submitted the foregoing **NOTICE OF FILING BY THE SPECIAL MASTER OF REVISED REPORT AND RECOMMENDATION RELATING TO TEACHER AND PRINCIPAL ACTION PLANS REQUIRED BY SECTION I.D.1 OF THE USP** for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

J. William Brammer, Jr.
wbrammer@rllaz.com

Oscar S. Lizardi
olizardi@rllaz.com

Michael J. Rusing
mrusing@rllaz.com

Patricia V. Waterkotte
pvictory@rllaz.com

Rubin Salter, Jr.
rsjr@aol.com

Kristian H. Salter
kristian.salter@azbar.org

Zoe Savitsky
Zoe.savitsky@usdoj.gov

Anurima Bhargava
Anurima.bhargava@usdoj.gov

Lois D. Thompson
lthompson@proskauer.com

Dated: August 28, 2014

Andrew H. Marks for
Dr. Willis D. Hawley,
Special Master