**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Roy and Josie Fisher, et al., <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>United States of America, <br><br>　　　　　Plaintiff-Intervenor, <br><br>　v. <br><br>Anita Lohr, et al., <br><br>　　　　　Defendants, <br>　and <br>Sidney L. Sutton, et al., <br><br>　　　　　Defendants-Intervenors, | CV 74-90 TUC DCB <br>(Lead Case) |
| Maria Mendoza, et al., <br><br>　　　　　Plaintiffs, <br><br>United States of America, <br><br>　　　　　Plaintiff-Intervenor, <br><br>　v. <br><br>Tucson Unified School District No. One, et al., <br><br>　　　　　Defendants. | CV 74-204 TUC DCB <br>(Consolidated Case) |

**RECOMMENDATION OF SPECIAL MASTER RELATING
TO SALE OF VAN HORNE SCHOOL PROPERTY**

Pursuant to provisions of the USP and the Order appointing the Special Master, on June 18, 2015, the District notified the parties of its intent to sell the Van Horne school site and provided the Desegregation Implementation Analysis attached as Exhibit A hereto. The Van Horne school was previously closed. Plaintiffs have no objection to the proposed sale, and the Special Master also has no objection.

Accordingly, the Special Master hereby recommends that the Court approve the District's sale of the Van Horne school site.

Respectfully submitted,

_____/s/_____
Willis D. Hawley
Special Master

Dated: June 30, 2015

# **CERTIFICATE OF SERVICE**

I hereby certify that on, June 30, 2015, I electronically submitted the foregoing **RECOMMENDATION OF SPECIAL MASTER RELATING TO SALE OF VAN HORNE SCHOOL PROPERTY** for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

J. William Brammer, Jr.
wbrammer@rllaz.com

Oscar S. Lizardi
olizardi@rllaz.com

Michael J. Rusing
mrusing@rllaz.com

Patricia V. Waterkotte
pvictory@rllaz.com

Rubin Salter, Jr.
rsjr@aol.com

Kristian H. Salter
kristian.salter@azbar.org

Zoe Savitsky
Zoe.savitsky@usdoj.gov

Anurima Bhargava
Anurima.bhargava@usdoj.gov

Lois D. Thompson
lthompson@proskauer.com

Dated:  June 30, 2015

Andrew H. Marks for
Dr. Willis D. Hawley,
Special Master