**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Roy and Josie Fisher, et al.,<br><br>                                    Plaintiffs<br><br>v.<br><br>United States of America,<br><br>                                    Plaintiff-Intervenor,<br><br>v.<br><br>Anita Lohr, et al.,<br><br>                                    Defendants,<br><br>and<br><br>Sidney L. Sutton, et al.,<br><br>                                    Defendants-Intervenors, | CV 74-90 TUC DCB<br>(Lead Case)<br><br>**ORDER: Approving Van Horne NARA**<br><br>CV 74-204 TUC DCB<br>(Consolidated Case) |
| Maria Mendoza, et al.<br><br>                                    Plaintiffs,<br><br>United States of America,<br><br>                                    Plaintiff-Intervenor,<br><br>v.<br><br>Tucson Unified School District No. One, et al.<br><br>                                    Defendants. | |

1
2
3
4
5

Defendant Tucson Unified School District ("TUSD") having provided the Plaintiffs and Special Master a Desegregation Impact Analysis relating to the sale of the former Van Horne school site property, all parties having expressed no objection to the same, and having considered the Special Master's recommendation that the Court approve TUSD's sale of the Van Horne school property (ECF 1821),

6
7

IT IS HEREBY ORDERED adopting the Report and Recommendation to Approve the NARA (Doc. 1821) for the Sale of the Van Horne Property by TUSD is approved.

8

Dated this 13th day of July, 2015.

9
10
11
12
13

David C. Bury
United States District Judge

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28