# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Roy and Josie Fisher, et al., <br><br>        Plaintiffs, <br><br>   v. <br><br>United States of America, <br><br>        Plaintiff-Intervenor, <br><br>   v. <br><br>Anita Lohr, et al., <br><br>        Defendants, <br><br>   and <br><br>Sidney L. Sutton, et al., <br><br>        Defendants-Intervenors, | CV 74-90 TUC DCB <br>(Lead Case) |
| Maria Mendoza, et al., <br><br>        Plaintiffs, <br><br>United States of America, <br><br>        Plaintiff-Intervenor, <br><br>   v. <br><br>Tucson Unified School District No. One, et al., <br><br>        Defendants. | CV 74-204 TUC DCB <br>(Consolidated Case) |

**NOTICE OF FILING BY SPECIAL MASTER OF REPORT AND RECOMMENDATION RELATING TO TOWNSEND ELEMENTARY SCHOOL NARA**

Pursuant to the provisions of the USP and the Order appointing the Special Master, the District notified the parties on August 7, 2015 of its intent to sell the Townsend Elementary School site and provided the attached Desegregation Implementation Analysis (*see* Exhibit A). The Townsend School previously had been closed. The Mendoza plaintiffs, the Department of Justice, and the Special Master have no objection to the proposed sale. The Fisher plaintiffs have not expressed an opinion.

Accordingly, the Special Master recommends that the Court approve the proposed sale of the Townsend Elementary School site.

Respectfully submitted,

/s/
Willis D. Hawley
Special Master

Dated:  August 24, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that on, August 24, 2015, I electronically submitted the foregoing **NOTICE OF FILING BY SPECIAL MASTER OF REPORT AND RECOMMENDATION RELATING TO TOWNSEND ELEMENTARY SCHOOL NARA** for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

J. William Brammer, Jr.
wbrammer@rllaz.com

Oscar S. Lizardi
olizardi@rllaz.com

Michael J. Rusing
mrusing@rllaz.com

Patricia V. Waterkotte
pvictory@rllaz.com

Rubin Salter, Jr.
rsjr@aol.com

Kristian H. Salter
kristian.salter@azbar.org

Zoe Savitsky
Zoe.savitsky@usdoj.gov

Anurima Bhargava
Anurima.bhargava@usdoj.gov

Lois D. Thompson
lthompson@proskauer.com

Andrew H. Marks for
Dr. Willis D. Hawley,
Special Master