**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Roy and Josie Fisher, et al., <br>          Plaintiffs <br> v. <br> United States of America, <br>         Plaintiff-Intervenor, <br> v. <br> Anita Lohr, et al., <br>          Defendants, <br> and <br> Sidney L. Sutton, et al., <br>        Defendants-Intervenors, | CV 74-90 TUC DCB <br> (Lead Case) <br><br> **ORDER** <br><br> CV 74-204 TUC DCB <br> (Consolidated Case) |
| Maria Mendoza, et al. <br>          Plaintiffs, <br> United States of America, <br>        Plaintiff-Intervenor, <br> v. <br> Tucson Unified School District No. One, et al. <br>          Defendants. | |

Defendant Tucson Unified School District ("TUSD") having provided the Plaintiffs and Special Master a Desegregation Impact Analysis relating to the sale of the former Townsend school site property, the Special Master, Mendoza Plaintiffs and Department of Justice having expressed no objection to the same, the Fisher Plaintiffs having not expressed any opinion, and having considered the Special Master's recommendation that the Court approve TUSD's sale of the Townsend school property (ECF 1834),

IT IS HEREBY ORDERED that the Report and Recommendation to approve the Notice and Request for Approval (NARA) (Doc. 1834) is ADOPTED and the Sale of the Townsend Property by TUSD is approved.

Dated this 1st day of September, 2015.

David C. Bury
United States District Judge