# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Roy and Josie Fisher, et al., <br><br>    Plaintiffs, <br><br>v. <br><br>United States of America, <br><br>    Plaintiff-Intervenor, <br><br>v. <br><br>Anita Lohr, et al., <br><br>    Defendants, <br><br>and <br><br>Sidney L. Sutton, et al., <br><br>    Defendants-Intervenors, | CV 74-90 TUC DCB <br> (Lead Case) |
| Maria Mendoza, et al., <br><br>    Plaintiffs, <br><br>United States of America, <br><br>    Plaintiff-Intervenor, <br><br>v. <br><br>Tucson Unified School District No. One, et al., <br><br>    Defendants. | CV 74-204 TUC DCB <br> (Consolidated Case) |

**SPECIAL MASTER'S SUPPLEMENT TO AUGUST 22, 2016 REPORT AND RECOMMENDATION RELATED TO THE 2016-17 BUDGET**

In the Special Master's August 22, 2016 Report and Recommendation dealing with the 2016-17 budget (Doc. 1954), one issue of contention that was noted was the concern by the Mendoza plaintiffs that the District was decreasing the number of sections of Advanced Placement ("AP") courses thereby reducing African American and Latino students' opportunities to enroll in an AP course. In the R&R, the Special Master reported that the number of AP class sections was not available at the time the R&R was submitted.

The District has now provided a list of the number of course sections available at each of the high schools. There has been a net increase of 20 sections compared to 2015-16 – two schools lost a total of four sections, two schools have the same number and five schools have a combined increase of 24. Two-thirds of the additional sections were implemented at University High School where most academic courses are offered as AP courses.

This information does not cause the Special Master to revise the recommendations in the R&R. However, this information, along with actual enrollment, will be considered in the Special Master's R&R on District progress in implementing Advanced Learning Experiences. That R&R will be filed this fall.

Respectfully submitted,

_____ /s/_____
Willis D. Hawley
Dated: August 31, 2016          Special Master

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2016, I electronically submitted the foregoing **SPECIAL MASTER'S SUPPLEMENT TO AUGUST 22, 2016 REPORT AND RECOMMENDATION RELATED TO THE 2016-17 BUDGET** for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

J. William Brammer, Jr.
wbrammer@rllaz.com

P. Bruce Converse
bconverse@steptoe.com,

Oscar S. Lizardi
olizardi@rllaz.com

Michael J. Rusing
mrusing@rllaz.com

Patricia V. Waterkotte
pvictory@rllaz.com

Rubin Salter, Jr.
rsjr@aol.com

Kristian H. Salter
kristian.salter@azbar.org

Zoe Savitsky
Zoe.savitsky@usdoj.gov

Anurima Bhargava
Anurima.bhargava@usdoj.gov

Lois D. Thompson
lthompson@proskauer.com

Andrew H. Marks for
Dr. Willis D. Hawley,
Special Master