1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

8     Roy and Josie Fisher, et al.,

9                         Plaintiffs,

10            v.

11    United States of America,

12                         Plaintiff-Intervenor,

13                                                      CV 74-90 TUC DCB
                                                       (Lead Case)
14            v.

      Anita Lohr, et al.,
15
                         Defendants,
16
              and
17
      Sidney L. Sutton, et al.,
18
                         Defendants-Intervenors,
19

20    Maria Mendoza, et al.,

21                         Plaintiffs,

22    United States of America,

23                         Plaintiff-Intervenor,        CV 74-204 TUC DCB
                                                       (Consolidated Case)
24            v.

25    Tucson Unified School District No. One, et al.,

26                         Defendants.

27

28

1

2

**PROPOSED DATE FOR THE SPECIAL MASTER'S**
**RECOMMENDATIONS ON THE STATUS OF MAGNET SCHOOLS**

3      The Special Master is charged by the Court to make recommendations regarding the status

4   of magnet schools.  It is the expectation of all that this recommendation would be made as soon as

5   possible following the availability of 40th day enrollment data.  However, to ensure that all issues

6   are taken into account, including data on academic performance, the Special Master proposes to

7   set the date for recommendations as November 11, 2016.

8

9      The parties have been polled and there are no objections to this proposed reporting date.

10                                       Respectfully submitted,

11

12                                       _____/s/_____

13   Dated:  September 1, 2016            Willis D. Hawley
                                         Special Master

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on September 1, 2016, I electronically submitted the foregoing

3

**PROPOSED DATE FOR THE SPECIAL MASTER'S RECOMMENDATIONS ON THE STATUS OF MAGNET SCHOOLS** for

4

filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

5

J. William Brammer, Jr.

6

wbrammer@rllaz.com

7

P. Bruce Converse
bconverse@steptoe.com,

8

Oscar S. Lizardi

9

olizardi@rllaz.com

10

Michael J. Rusing

11

mrusing@rllaz.com

12

Patricia V. Waterkotte
pvictory@rllaz.com

13

14

Rubin Salter, Jr.
rsjr@aol.com

15

Kristian H. Salter

16

kristian.salter@azbar.org

17

Zoe Savitsky

18

Zoe.savitsky@usdoj.gov

19

Anurima Bhargava
Anurima.bhargava@usdoj.gov

20

21

Lois D. Thompson
lthompson@proskauer.com

22

23

24

Andrew H. Marks for
Dr. Willis D. Hawley,

25

Special Master

26

27

28