# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roy and Josie Fisher, et al., | No. CV-74-00090-TUC-DCB |
| Plaintiffs | |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Tucson Unified School District, et al., | |
| Defendants, | |
| and | |
| Sidney L. Sutton, et al., | |
| Defendants-Intervenors, | |
| Maria Mendoza, et al., | No. CV-74-0204-TUC-DCB |
| Plaintiffs, | |
| and | |
| United States of America, | |
| Plaintiff-Intervenor, | **ORDER** |
| v. | |
| Tucson Unified School District, et al. | |
| Defendants. | |

Report and Recommendation Re: SY 2016-17 reallocating unspent 910G funding

The parties have agreed, with one exception, to reallocate unspent 910G funds from the current budget to several activities and projects. The one exception is the proposal to use unspent 910G funds for facility upgrades at Carrillo K-5 Magnet School. The Plaintiffs object because this involves the inappropriate supplanting of other revenues with 910G funds. The supplanting restriction exists to prevent 910G funds from becoming a District slush fund. The Special Master, however, recommends the Court approve the use of the 910G funds "[b]ecause Carrillo is a high performing magnet school that is making gains towards becoming integrated, it is important that serious deficiencies in facilities (e.g., a leaking roof) be repaired in order not to deter families from choosing Carrillo, which would impede the integration of that school." (R&R (Doc. 2008) at 2.) Carrillo is an important component to the USP because it is a successful magnet school. Therefore, the Court agrees that the surplus 910G funds should be used for this proposed facility repair project.

**Accordingly,**

**IT IS ORDERED** that the Report and Recommendation (Doc. 2008) is approved and adopted by the Court.

Dated this 10th day of April, 2017.

Honorable David C. Bury
United States District Judge