**UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

| | |
|---|---|
| Roy and Josie Fisher, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>United States of America,<br><br>　　　　　　Plaintiff-Intervenor,<br><br>　v.<br><br>Anita Lohr, et al.,<br><br>　　　　　　Defendants,<br>　and<br>Sidney L. Sutton, et al.,<br><br>　　　　　　Defendants-Intervenors, | CV 74-90 TUC DCB<br>(Lead Case) |
| Maria Mendoza, et al.,<br><br>　　　　　　Plaintiffs,<br><br>United States of America,<br><br>　　　　　　Plaintiff-Intervenor,<br><br>　v.<br><br>Tucson Unified School District No. One, et al.,<br><br>　　　　　　Defendants. | CV 74-204 TUC DCB<br>(Consolidated Case) |

# **RECOMMENDATION OF SPECIAL MASTER TO DEFER ACTION**

After careful consideration of the breadth of the Mendoza objections, joined by the Fisher plaintiffs, to the District's bid for partial unitary status, any responsible response to the Mendoza plaintiffs would require the Special Master to essentially review the activity of the District on virtually all of the requirements of the USP. Such a review is premature.

The Special Master therefore recommends that the Court defer action on the District's proposals for partial unitary status without prejudice. This recommendation should not imply that the District has failed to meet the criteria for partial unitary status with respect to transportation, extracurricular activities, family and community engagement, facilities, technology, or the evidence based accountability system.

Respectfully submitted,

/s/
Willis D. Hawley
Special Master

Dated: May 11, 2017

# CERTIFICATE OF SERVICE

I hereby certify that on, May 11, 2017, I electronically submitted the foregoing **RECOMMENDATION OF SPECIAL MASTER TO DEFER ACTION** for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

J. William Brammer, Jr.
wbrammer@rllaz.com

P. Bruce Converse
bconverse@steptoe.com,

Oscar S. Lizardi
olizardi@rllaz.com

Michael J. Rusing
mrusing@rllaz.com

Patricia V. Waterkotte
pvictory@rllaz.com

Rubin Salter, Jr.
rsjr@aol.com

Kristian H. Salter
kristian.salter@azbar.org

Zoe Savitsky
Zoe.savitsky@usdoj.gov

Anurima Bhargava
Anurima.bhargava@usdoj.gov

Lois D. Thompson
lthompson@proskauer.com

                                                  Andrew H. Marks for
                                                  Dr. Willis D. Hawley,
                                                  Special Master