# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roy Fisher, et al., | No. CV-74-00090-TUC-DCB |
| Plaintiffs, | **ORDER** |
| v. | |
| Tucson Unified School District, et al., | |
| Defendants. | |

The Court issues this Order for the administrative purpose of clearing the docket of any motion or Report and Recommendation (R&R) which remains pending in the record but has been addressed by an Order of the Court.

On August 14, 2020, the Court issued an Order (Doc. 2508), approving student support service departments (AASSD and MASSD) and Culturally Relevant Curriculum (CRC) for the District. In the Order ((Doc. 2508) at 32), the Court adopted the Special Master's recommendations in the R&R ((Doc. 2404), but the R&R is document 2403, not 2404.

The Special Master's R&R for CRC was filed as documents 2367, 2370 and 2374. The R&R was adopted by the Court, (Order (Doc. 2508) at 33), but remains pending in the record.

The Order (Doc. 2497) addressing teacher diversity denied the Mendoza Plaintiff's Motion to Strike (Doc. 2434) the Notice of Compliance (Doc. 2423), but mistakenly

1    identified the Motion to Strike as document 2423. (Order (Doc. 2497) at n.11, p.11 and ¶

2    6 at p. 22).

3        The Court did not issue an Order adopting or rejecting the Special Master's R&R

4    (Doc. 2445) because it merely provided information that the Court requested related to the

5    Wakefield demonstration program. The R&R (Doc. 2445) is moot.

6        The Court approved the NARA: Middle School Revitalization and K-6

7    Reconfiguration on June 24, 2020, pursuant to the R&R from the Special Master. (Order

8    (Doc. 2488.) The record should reflect the R&R (Doc. 2446) is adopted.

9        On July 16, 2020, the Court ordered the Special Master to again review the revised

10   SY 2020-21 teacher evaluation tool (Order (Doc. 2497) at 20), making the concerns raised

11   in his R&R (Doc. 2451) moot.

12   **Accordingly,**

13   **IT IS ORDERED** that the Clerk of the Court shall correct the docket to reflect the

14   following:

15       1.  Pursuant to Order (Doc. 2508), adopting R&R (Docs. 2367, 2370, and 2374 and

16           R&R (Doc. 2403).

17       2.  Pursuant to Order (Doc. 2497), the Motion to Strike (Doc. 2434) is DENIED.

18       3.  The Court R&R (Doc. 2445) is MOOT.

19       4.  Pursuant to Order (Doc. 2488), the R&R (Doc. 2446) is adopted.

20       5.  Pursuant to (Order (Doc. 2497), the R&R (Doc. 2451) is MOOT.

21   **IT IS FURTHER ORDERED** that the Motion to Stay this case because of COVID-

22   19 (Doc. 2478) is DENIED; to the extent compliance with the USP is affected by COVID

23   19, the Court will address issues, specifically, on a case by case basis.

24   ///

25   ///

26   **IT IS FURTHER ORDERED** that to the extent the Special Master's Response to

27   Objections to his R&R related to the Supplemental Petition for Unitary Status is a motion

28   for leave to file such a Response (Doc. 2484) it is GRANTED.

Dated this 28th day of September, 2020.

David C. Bury
United States District Judge