# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roy and Josie Fisher, et al.,<br>  Plaintiffs<br>and<br>United States of America,<br>  Plaintiff-Intervenor,<br>v.<br>Tucson Unified School District, et al.,<br>  Defendants, | No. CV-74-00090-TUC-DCB<br>(Lead Case) |
| Maria Mendoza, et al.,<br>  Plaintiffs,<br>and<br>United States of America,<br>  Plaintiff-Intervenor,<br>v.<br>Tucson Unified School District, et al.<br>  Defendants. | No. CV-74-0204-TUC-DCB<br>(Consolidated Case)<br><br>**ORDER** |

Request for 1-year Changes to UHS Admissions and GATE Testing Necessitated by COVID Pandemic: GRANTED.

The District having filed a notice and request for approval of one-year changes, as specified, to UHS admissions and GATE testing processes necessitated by the COVID pandemic, and the Court finding good cause:

**Accordingly**,

**IT IS ORDERED** that the Report and Recommendation (Doc. 2559) is adopted.

**IT IS FURTHER ORDERED** that the Request for Expedited Approval for One-Year Changes to UHS Admissions and GATE Testing Necessitated by COVID Pandemic (Doc. 2558) is GRANTED.

**IT IS FURTHER ORDERED** that the District shall return to its current processes as set out in the ALE Policy Manual, for admissions and testing for SY 2022-23.

**IT IS FURTHER ORDERED** that the District shall, as agreed, continue its long-term commitment and goal to increase the diversity of the UHS student body.

Dated this 25th day of January, 2021.

.

_____
Honorable David C. Bury
United States District Judge