1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

8    Roy and Josie Fisher, et al.,

9                        Plaintiffs,

10          v.

11   United States of America,

12                       Plaintiff-Intervenor,

13                                                      CV 74-90 TUC DCB
                                                        (Lead Case)
14          v.

     Anita Lohr, et al.,
15
                         Defendants,
16
            and
17
     Sidney L. Sutton, et al.,
18
                         Defendants-Intervenors,
19

20   Maria Mendoza, et al.,

21                       Plaintiffs,

22   United States of America,

23                       Plaintiff-Intervenor,         CV 74-204 TUC DCB
                                                        (Consolidated Case)
24          v.

25   Tucson Unified School District No. One, et al.,

26                       Defendants.

27

28

1
2

## SPECIAL MASTER'S REPORT AND RECOMMENDATION
## RE REALLOCATIONS

3      On March 20, 2021, the District proposed to reallocate $5.5 million dollars from budgeted

4  funds not likely to be used because of changes in policies and practices during the current fiscal

5  year.  The Special Master and the budget expert have the authority to approve certain

6  reallocations.  Of course, these decisions can be overruled by the court.

7      On April 8, 2021, a meeting was held among the Special Master the budget expert, other

8
9  members of the implementation committee, and senior TUSD staff members, including two

10  assistant superintendents.  Prior to this meeting, the Special Master and the budget expert

11  discussed the District's proposals with District senior staff.

12      After considerable discussion, which included the superintendent of schools, the District

13  significantly modified its proposal to align with the suggestions of the Special Master and the

14  budget expert and responded to important objections by the plaintiffs.

15
16      The final proposal, which is approved in its entirety by the Special Master and the budget

17  expert, and which is consistent with policies for reallocation of potentially unspent funds, is as

18  follows:

19
| Summer School | $3,000,000 |
| --- | --- |
| Enhanced Learning Spaces at Targeted Improvement Magnet Schools | $1,000,000 |
| Professional Learning Summer 2021 | $300,000 |
| Mini-Buses to Support Extracurricular Activities | $466,000 |
| Accelerated Technology, Supplies, and Material Purchases | $544,000 |
| **ESTIMATED TOTAL** | **$5,310,000.00** |

25

26      There are numerous strategies for improving the achievement of children whose education

27  was undermined by the pandemic.  Virtually any effort to significantly accelerate the learning of

28

students will require in-depth teacher professional learning.  This is true even if the reduction of class size and greater time on-task are among the strategies employed.

There is a burgeoning literature on alternative ways to better serve students who are most vulnerable because of the pandemic.  One list of such practices that are being incorporated in many school agendas can be found at *ERStrategies.org*.

**We recommend that the court act quickly to approve this proposed reallocation for enrichment classes.[1]**

Respectfully submitted,

/s/
Willis D. Hawley
Special Master

Dated:  April 29, 2021

---

[1] The initial reallocation proposal implied that students would be enrolled in summer programs on a first come first serve basis.  The District will clarify this and will admit all applicants to summer programs.

1

**CERTIFICATE OF SERVICE**

2

3        I hereby certify that on April 29, 2021, I electronically submitted the foregoing via the

4    CM/ECF Electronic Notification System and transmittal of a Notice of Electronic Filing provided

5    to all parties that have filed a notice of appearance in the District Court Case.

6

7

8                                          Andrew H. Marks for
                                           Dr. Willis D. Hawley,
9                                          Special Master

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-