ERNEST ISRAEL HERRERA, Cal. Bar No. 335032 (Admitted Pro Hac Vice)
    eherrera@maldef.org
THOMAS A. SAENZ, Cal. Bar No. 159430 (Admitted Pro Hac Vice)
    tsaenz@maldef.org
MEXICAN AMERICAN LEGAL DEFENSE AND
EDUCATIONAL FUND (MALDEF)
634 S. Spring St.
11th Floor
Telephone: (213) 629-2512 ext. 121
Facsimile: (213) 629-0266

Attorneys for Mendoza Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Roy and Josie Fisher, et al., | Case No. 4:74-CV-00090-DCB |
| Plaintiffs, | |
| v. | **MENDOZA PLAINTIFFS' CERTIFICATE AND NOTICE REGARDING TRANSCRIPTS** |
| United States of America, | |
| Plaintiff-Intervenors, | |
| v. | |
| Anita Lohr, et al., | Hon. David C. Bury |
| Defendants, | |
| Sidney L. Sutton, et al., | |
| Defendant-Intervenors, | |

| | |
|---|---|
| Maria Mendoza, et al., | Case No. CV 74-204 TUC DCB |
| Plaintiffs, | |
| United States of America, | |
| Plaintiff-Intervenor, | |
| v. | |
| Tucson United School District No. One, et al., | |
| Defendants. | |

Under Fed. R. App. P. 10 and Cir. R. 10-3.1(c), Plaintiffs Maria Mendoza, et al., in the above-named case, hereby certify and give notice that the parties agree that there are no reporter's transcripts related to this appeal and that Plaintiffs—Appellants in Ninth Circuit appeal no. 22-16478—will therefore order no transcripts.

Respectfully submitted,

1

Dated:  October 28, 2022

1

2                                                          MALDEF
                                                           ERNEST I. HERRERA
3                                                          THOMAS A. SAENZ

4

5                                                           /s/___Ernest I. Herrera_____
                                                           *Attorneys for Mendoza Plaintiffs*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2022, I electronically submitted the foregoing **MENDOZA PLAINTIFFS' CERTIFICATE AND NOTICE REGARDING TRANSCRIPTS** to the Office of the Clerk of the United States District Court for the District of Arizona for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:


P. Bruce Converse
bconverse@dickinsonwright.com

Amanda E. Newman
anewman@dickinsonwright.com

Robert S. Ross
Robert.Ross@tusd1.org

Rubin Salter, Jr.
rsjr@aol.com

Kristian H. Salter
kristian.salter@azbar.org

James Eichner
james.eichner@usdoj.gov

Shaheena Simons
shaheena.simons@usdoj.gov



/s/  Ernest I. Herrera

Dated: October 28, 2022                     Ernest I. Herrera