| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | MAY 16 2023 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ROY FISHER; et al.,

    Plaintiffs-Appellees,

UNITED STATES OF AMERICA,

  Intervenor-Plaintiff-Appellee,

 and

BOYD LEWIS; et al.,

    Plaintiffs,

  v.

TUCSON UNIFIED SCHOOL DISTRICT,

    Defendant-Appellant,

 and

SIDNEY L. SUTTON; et al.,

    Intervenor-Defendants.

No.   22-16480

D.C. No. 4:74-cv-00090-DCB
District of Arizona,
Tucson

ORDER

Appellant's motion to dismiss this appeal (Docket Entry No. 29) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Roxane G. Ashe
Circuit Mediator